# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**THOMAS BRYAN KING**
**ADC #161486**                                                              **PLAINTIFF**

v.                           No. 3:23-cv-48-DPM

**EDITH ELLIOT, Administrator,**
**Sharp County Jail**                                                        **DEFENDANT**

### ORDER

Unopposed recommendation, *Doc. 4*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Strike recommended. 28 U.S.C. § 1915(g). Any *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 April 2023