IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

THOMAS BRYAN KING
ADC #161486                                                                                PLAINTIFF

v.                              No. 3:23-cv-48-DPM

EDITH ELLIOT, Administrator,
Sharp County Jail                                                                          DEFENDANT

## JUDGMENT

King's complaint is dismissed without prejudice.

*W.P. Marshall Jr.* (signature)
D.P. Marshall Jr.
United States District Judge

12 April 2023